# United States Court of Appeals
## For the First Circuit

No. 10-2138

UNITED STATES OF AMERICA,

Appellee,

v.

CHUONG VAN DUONG,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on January 6, 2012 is amended as follows:

On page 7, line 12 "Under 10 U.S.C. ...." should be "Under 18 U.S.C. ...."